```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-20555-CIV-LENARD
                         MAGISTRATE JUDGE P.A. WHITE

TOM BARKER,                    :

      Petitioner,              :

v.                             :    ORDER TO PETITIONER TO
                                    RESPOND TO LIMITATIONS PERIOD
FLORIDA DEPT. OF CHILDREN AND  :
FAMILY SERVICES, et al.,
                               :
      Respondents.
_____:
```

This Cause is before the Court upon the petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254, which was referred to the undersigned for report and recommendation. The petition may be barred from consideration by this Court unless the petitioner demonstrates that one of the following things occurred within one year from the date the petition was filed:

    (1) The petitioner's judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (2) The date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (3) The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)    The date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

The petitioner is instructed that the time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward the period of limitation.

It is thereupon

ORDERED AND ADJUDGED that on or before **April 9, 2009**, the petitioner shall file a memorandum stating whether one or more of the four factors listed above justifies consideration of the petition for writ of habeas corpus.

The petitioner is instructed that failure to demonstrate the existence of at least one of the four factors listed above will probably result in dismissal of the petition for writ of habeas corpus.

DONE AND ORDERED at Miami, Florida, this 11th day of March, 2009.

                        **s/Patrick A. White**
                        UNITED STATES MAGISTRATE JUDGE

cc:    Tom Barker, <u>Pro Se</u>
       DCF #143
       Florida Civil Commitment Center
       13613 S.E. Highway 70
       Arcadia, FL 34266-7829