UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TOM BARKER,
    PETITIONER,

CASE NUMBER: 09-20555-Civ-LENARD
MAGISTRATE JUDGE P.A. WHITE

v.

DEPARTMENT OF CHILDREN AND FAMILIES,
Et Al,
    RESPONDENTS.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Petitioner, Tom Barker, in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a final order denying as untimely his Petition for Writ of Habeas Corpus, entered in this action on November 4, 2011.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, this 20th day of November 2011.

    Tom Barker, Petitioner
    13619 SE Hwy. 70
    Arcadia, FL 34266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was mailed to Sue-Ellen Kenny, Office of the Attorney General, 1515 N. Flagler Dr., Ste. 900, West Palm Beach, FL 33401-3432, this 20th day of November 2011.

    Tom Barker, Petitioner

1